UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CR-49(01)(JMR/FLN)

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Modesto Guzman Tlaseca ) | |

Defendant objects to the Report and Recommendation, issued May 16, 2007, by the Honorable Franklin L. Noel, United States Magistrate Judge.  The Report recommended denial of defendant's motions to suppress defendant's statements and to suppress evidence obtained as a result of search and seizure.  Defendant's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 91].

Accordingly, IT IS ORDERED that:

1. Defendant's motion to suppress statements [Docket No. 76] is denied.

2. Defendant's motion to suppress evidence obtained as a result of unlawful search and seizure [Docket No. 77] is denied.

Dated: June 14th, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge